UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

BARBARA FLANDERS,
          Plaintiff,

v.

BARRY CALLEBAUT USA, LLC,
          Defendant.

Civil Action No. 1:06-CV-55

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through their attorneys, and stipulate to the dismissal of the above captioned matter, including all claims and counterclaims, with prejudice pursuant to Fed. R. Civ. Proc. 41(a). Each party shall bear its own fees, costs and expenses associated with this matter.

DATED at Burlington, Vermont, this ___ day of October, 2006.

**BARBARA FLANDERS**
By her attorney:

By: _____
Edwin L. Hobson, Esq.
289 College Street
Burlington, VT  05401-8320
802-863-2000

**BARRY CALLEBAUT USA, LLC**
By its attorney:

By: _____
Thomas H. Somers, Esq.
Hoff Curtis
100 Main Street, P.O. Box 1124
Burlington, VT  05402-1124
802-864-6400

0296\095\Stipulation.Dismiss

APPROVED and SO ORDERED.
Dated at Brattleboro, Vermont this 8th day of November, 2006.

J. Garvan Murtha, U.S. District Court